**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher David Lindvay, | No. CV-18-02868-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

At issue is Plaintiff's Motion for Clarification (Doc. 21) of the Court's Order (Doc. 19) regarding Plaintiff's Application for Disability Insurance Benefits. Defendant did not file a response. Plaintiff asks the Court to clarify the scope of the Court's Order that Plaintiff's case be remanded to the Social Security Administration "for a calculation of benefits for a period of disability beginning on October 19, 2009 continuing through December 31, 2014." (Doc. 19 at 10; Doc. 21 at 2.) Plaintiff is concerned that Defendant may interpret the Court's Order as finding that Plaintiff was no longer disabled after December 31, 2014. (Doc. 21 at 2.)

In this instance, the Court deems it appropriate to clarify the scope of its Order. Specifically, the Court does not find that Plaintiff's disability ended as of December 31, 2014, because the Court did not evaluate whether Plaintiff was disabled after December 31, 2014. Plaintiff correctly identifies that the Court found medical improvement did not occur beginning on October 8, 2014. (Doc. 19 at 4.) Nevertheless, the Court only evaluated the

ALJ's findings across the period of time that was the subject of the ALJ's decision. The ALJ evaluated Plaintiff's disability from October 19, 2009—his alleged disability onset date—through December 31, 2014—his date last insured. (R. at 1027–28.) The ALJ did not evaluate Plaintiff's disability status after his date last insured, and consequently, neither does the Court.

       **IT IS THEREFORE ORDERED** granting Plaintiff's Motion for Clarification (Doc. 21).

       **IT IS FURTHER ORDERED** reiterating that this case is remanded to the Social Security Administration for a calculation of benefits for a period of disability beginning on October 19, 2009 continuing through December 31, 2014.

       Dated this 7th day of May, 2020.

Honorable John J. Tuchi
United States District Judge